IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

_____
                                    )
DISTRICT OF COLUMBIA,               )
a municipal corporation,            )
441 4th Street, N.W.                )
Washington, D.C. 20001              )
                                    )
            Plaintiff,              )
                                    )   Case No:
        v.                          )   Judge
                                    )
GROUP HOSPITALIZATION AND MEDICAL   )
SERVICES, INC.,                     )
840 First Street, N.E.              )
Washington, D.C. 20065              )
                                    )
        and                         )
                                    )
CAREFIRST, INC.,                    )
10455 Mill Run Circle               )
Owings Mills, MD 21117              )
                                    )
            Defendants.             )
_____ )

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District Columbia and Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Group Hospitalization and Medical Services, Inc. (GHMSI) and CareFirst, Inc., certify that to the best of our knowledge and belief, no subsidiaries or affiliates of CareFirst, Inc. have any outstanding securities in the hands of the public. CareFirst, Inc. has no parent corporation and CareFirst, Inc. is the sole voting member of GHMSI. Neither CareFirst, Inc. nor GHMSI have outstanding

publicly traded stock, and thus no publicly held corporation owns 10% or more of either company's stock.

> Respectfully Submitted,

Dated: July 16, 2008     By _E Desmond Hogan /by A.L.C._
Craig A. Hoover, Esq. (D.C. Bar No. 386918)
E. Desmond Hogan (D.C. Bar No. 458044)
**HOGAN & HARTSON L.L.P.**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Phone: (202) 637-5600
Fax: (202) 637-5910
E-mail: cahoover@hhlaw.com
E-mail: edhogan@hhlaw.com

Attorneys of Record for Defendants
Group Hospitalization and Medical Services, Inc.
and CareFirst, Inc.

## CERTIFICATE OF SERVICE

This is to certify that on July 16, 2008, a true and correct copy of the foregoing Corporate Disclosure Statement was served by first class U.S. mail, postage prepaid, and by Federal Express overnight delivery, on:

Peter J. Nickles
George C. Valentine
Ellen A. Efros
Bennett Rushkoff

Office of the Attorney General
441 4th Street, N.W., Suite 1130-N
Washington, D.C. 20001

Attorneys for Plaintiff District of Columbia

*E. Desmond Hogan / by A.L.C.*
E. Desmond Hogan