IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GROUP HOSPITALIZATION AND MEDICAL )<br>SERVICES, INC., et al. )<br>)<br>Defendants. )<br>) | Case No: 1:08-cv-1218<br>Judge Ellen S. Huvelle |

### CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR INITIAL RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants Group Hospitalization and Medical Services, Inc. ("GHMSI") and CareFirst, Inc. ("CareFirst"), with the consent of Plaintiff District of Columbia, hereby requests that Defendants' time to file their initial response to Plaintiff's Complaint be extended to August 4, 2008. Under Federal Rule of Civil Procedure 81(c)(2)(C), Defendants initial response currently is due on July 23, 2008. The Defendants respectfully seek a short extension of time in order to have sufficient time to prepare their initial response.

Respectfully Submitted,

Dated: July 22, 2008

By: _____/S/_____
Craig A. Hoover, Esq. (D.C. Bar No. 386918)
E. Desmond Hogan (D.C. Bar No. 458044)
**HOGAN & HARTSON L.L.P.**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Phone: (202) 637-5600/Fax: (202) 637-5910

Attorneys for Defendants
Group Hospitalization and Medical Services, Inc.
and CareFirst, Inc.

\\\DC - 032924/000001 - 2760727 v1

## CERTIFICATE OF SERVICE

    This is to certify that on July 22, 2008, a true and correct copy of the foregoing Consent Motion For Extension of Time For Defendants to File Their Initial Response to Plaintiff's Complaint was served by first class U.S. mail, postage prepaid, on:

>Peter J. Nickles
>Office of the Attorney General
>441 4th Street, N.W., Suite 1130-N
>Washington, D.C. 20001

    This is to further certify that on July 22, 2008, a true and correct copy of the foregoing Consent Motion For Extension of Time For Defendants to File Their Initial Response to Plaintiff's Complaint was served by way of the Court's ECF system, on:

>George C. Valentine
>Ellen A. Efros
>Bennett Rushkoff
>
>Office of the Attorney General
>441 4th Street, N.W., Suite 1130-N
>Washington, D.C. 20001
>
>Attorneys for Plaintiff District of Columbia

                                            /S/
                                      E. Desmond Hogan

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:08-cv-1218 |
| v. ) | Judge Ellen S. Huvelle |
| ) | |
| GROUP HOSPITALIZATION AND MEDICAL ) | |
| SERVICES, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of Consent Motion For Extension of Time For Defendants to File Their Initial Response to Plaintiff's Complaint, it is hereby ORDERED that the Motion is GRANTED. Accordingly, Defendants are hereby ORDERED to file their initial response in this action on or before August 4, 2008.

DONE AND DATED, this ____ day of _____, 2008.

_____
United States District Judge

\\\DC - 032924/000001 - 2760727 v1