IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>    Plaintiff,<br><br>        v.<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., et al.<br>    Defendants. | Case No: 1:08-cv-1218<br>Judge Ellen S. Huvelle |

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR INITIAL RESPONSE TO PLAINTIFF'S COMPLAINT

Plaintiff District of Columbia and Defendants Group Hospitalization and Medical Services, Inc. ("GHMSI") and CareFirst, Inc. ("CareFirst"), hereby requests that Defendants' time to file their initial response to Plaintiff's Complaint be extended to September 5, 2008. Under the Court's July 22, 2008 Order, Defendants' initial response currently is due on August 4, 2008. The parties seek this extension of time in light of the schedules and travel plans of counsel (including international travel plans of some counsel) and to provide Defendants sufficient time to prepare their initial response. The parties do not seek a modification of the deadline set in the Court's July 21, 2008 Minute Order requiring Defendants to file a brief on the removal issue.

Respectfully Submitted,

| | |
|---|---|
| By: _____/S/_____<br>Peter J. Nickles<br>George C. Valentine<br>Ellen A. Efros (D.C. Bar No. 250746)<br>Bennett Rushkoff (D.C. Bar No. 386925)<br>**Office of the Attorney General**<br>441 4th Street, N.W., Suite 1130-N<br>Washington, D.C. 20001<br>Phone: 202-727-5173<br>Attorneys for the District of Columbia | By: _____/S/_____<br>Craig A. Hoover, Esq. (D.C. Bar No. 386918)<br>E. Desmond Hogan (D.C. Bar No. 458044)<br>**HOGAN & HARTSON L.L.P.**<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Phone: (202) 637-5600/Fax: (202) 637-5910<br>Attorneys for Defendants Group Hospitalization and Medical Services, Inc. and CareFirst, Inc. |

## CERTIFICATE OF SERVICE

This is to certify that on July 31, 2008, a true and correct copy of the foregoing Joint Motion For Extension of Time For Defendants to File Their Initial Response to Plaintiff's Complaint was served by first class U.S. mail, postage prepaid, on:

> Peter J. Nickles
> George C. Valentine
> Office of the Attorney General
> 441 4th Street, N.W., Suite 1130-N
> Washington, D.C. 20001

This is to further certify that on July 31, 2008, a true and correct copy of the foregoing Joint Motion For Extension of Time For Defendants to File Their Initial Response to Plaintiff's Complaint was served by way of the Court's ECF system, on:

> Ellen A. Efros
> Bennett Rushkoff
>
> Office of the Attorney General
> 441 4th Street, N.W., Suite 1130-N
> Washington, D.C. 20001
>
> Attorneys for Plaintiff District of Columbia

_____/S/_____
E. Desmond Hogan

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., et al.<br><br>Defendants. | Case No: 1:08-cv-1218<br>Judge Ellen S. Huvelle |

### PROPOSED ORDER

UPON CONSIDERATION of Joint Motion For Extension of Time For Defendants to File Their Initial Response to Plaintiff's Complaint, it is hereby ORDERED that the Motion is GRANTED. Accordingly, Defendants are hereby ORDERED to file their initial response in this action on or before September 5, 2008.

DONE AND DATED, this ____ day of _____, 2008.

_____
United States District Judge