UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-1218-ESH |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., *et al.,* | : |
| | : |
| Defendants. | |

**PRAECIPE OF APPEARANCE**

The Clerk will kindly enter the appearance of Jacques P. Lerner, Assistant Attorney General, D.C. Bar No. 440998, as co-counsel for Plaintiff District of Columbia in the above-captioned matter.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_\_/s/_____
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Deputy Attorney General
Chief, Equity Section I
Civil Litigation Division

- 2 -

    ____/s/_____
BENNETT RUSHKOFF, D.C. Bar No. 386925
Senior Counsel for Public Advocacy
Consumer and Trade Protection Section
Office of the Attorney General
441 4th Street, N.W., Suite 1130-N
Washington, DC  20001
Direct Dial (202) 727-5173
Fax:  (202) 727-0431
Email:  bennett.rushkoff@dc.gov


    ____/s/_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C.  20001
Direct Dial:  (202) 724-1342
Fax:  (202) 727-0431
Email: jacques.lerner@dc.gov

**AUGUST 15, 2008**            **ATTORNEYS FOR**
**PLAINTIFF DISTRICT OF COLUMBIA**